**Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Alyn Ross Grey**<br>First Name Middle Name Last Name | Social Security number or ITIN | **xxx–xx–0322** |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name Middle Name Last Name | Social Security number or ITIN | _ _ _ _ |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **District of Utah** | | |
| Case number: | **26–25024 MFT** | Date case filed for chapter **7:** | **8/17/26** |

Official Form 309A (For Individuals or Joint Debtors)

# Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline

10/20

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov) or by calling the Voice Case Information System (VCIS) at 1–866–222–8029.

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | About Debtor 1: | About Debtor 2: |
|---|---|---|
| 1. **Debtor's full name** | Alyn Ross Grey | |
| 2. **All other names used in the last 8 years** | aka Ross Alan Hilder | |
| 3. **Address** | 2257 Snoqualmie Dr.<br>Layton, UT 84040 | |
| 4. **Debtor's attorney**<br>Name and address | Alyn Ross Grey<br>2257 Snoqualmie Dr.<br>Layton, UT 84040 | Contact phone 702–204–5695<br>Email: **None** |
| 5. **Bankruptcy trustee**<br>Name and address | J. Kevin Bird tr<br>J. Kevin Bird<br>212 South Main Street<br>Ste 102<br>Spanish Fork, UT 84660 | Contact phone 801–426–4700<br>Email: Kevin@BirdLawUT.com |

| | | |
|---|---|---|
| **6. Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | United States Bankruptcy Court<br>District of Utah<br>350 South Main #301<br>Salt Lake City, UT 84101<br><br>Clerk of Court: David A. Sime | Hours open: 8:00 AM to 4:30 PM, Monday – Friday<br><br>Contact phone: (801) 524–6687<br><br>Website: www.utb.uscourts.gov |
| **7. Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | The meeting may be continued or adjourned to a later date.<br><br>All individual debtor(s) must provide picture identification and proof of social security number to the trustee. Failure to do so may result in your case being dismissed.<br><br>For additional meeting information go to https://www.justice.gov/ust/moc | Meeting to be held on:<br>**September 16, 2026 at 02:00 PM**<br><br>Location:<br>**Zoom video meeting. Go to Zoom.us/join, Enter Meeting ID 595 420 5321, and Passcode 3017501241, OR call 1–385–363–3707** |
| **8. Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | Insufficient information has been filed to date to permit the clerk to make any determination concerning the presumption of abuse. If more complete information, when filed, shows that the presumption has arisen, creditors will be notified. | |
| **9. Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br><br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 11/16/26** |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10. Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

United States Bankruptcy Court
District of Utah

In re: Case No. 26-25024-MFT
Alyn Ross Grey Chapter 7
Debtor

# CERTIFICATE OF NOTICE

District/off: 1088-2 User: admin Page 1 of 2
Date Rcvd: Aug 26, 2026 Form ID: 309A Total Noticed: 22

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 28, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Alyn Ross Grey, 2257 Snoqualmie Dr., Layton, UT 84040-7636 |
| 12987084 | + | American Homes 4 Rent, 23975 Park Sorrento, Suite 300, Calabasas, CA 91302-4012 |
| 12987094 | | Maxfield Property Management, PO Box 522630, Salt Lake City, UT 84152 |
| 12987098 | | Rocky Mountain Power, PO Box 26000, Salt Lake City, UT 84126 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | EDI: FJKBIRD | Aug 27 2026 05:29:00 | J. Kevin Bird tr, J. Kevin Bird, 212 South Main Street, Ste 102, Spanish Fork, UT 84660-4679 |
| 12987082 | | Email/Text: cs@aldouslegal.com | Aug 27 2026 02:09:00 | Aldous & Associates PLLC, PO Box 171374, Holladay, UT 84117 |
| 12987083 | + | Email/PDF: bncnotices@becket-lee.com | Aug 27 2026 02:13:55 | American Express, PO Box 981537, El Paso, TX 79998-1537 |
| 12987085 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Aug 27 2026 02:09:00 | Apple Card / Goldman Sachs Bank USA, 11850 S Election Rd, Draper, UT 84020-6814 |
| 12987086 | + | EDI: BMW.COM | Aug 27 2026 05:29:00 | BMW Financial Services, 1400 City View Drive, Columbus, OH 43215-1495 |
| 12990492 | + | EDI: AISACG.COM | Aug 27 2026 05:29:00 | BMW Financial Services NA, LLC, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 12987087 | + | Email/Text: banko@bonncoll.com | Aug 27 2026 02:10:00 | Bonneville Collections, 6026 Fashion Point Dr, South Ogden, UT 84403-4851 |
| 12987088 | + | EDI: CAPITALONE.COM | Aug 27 2026 05:29:00 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 12987089 | + | EDI: CITICORP | Aug 27 2026 05:29:00 | Citibank, N.A. / CitiCards, 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 12987090 | + | EDI: USBANKARS.COM | Aug 27 2026 05:29:00 | Elan Financial Services / US Bank, PO Box 108, Saint Louis, MO 63166-0108 |
| 12987092 | + | EDI: JPMORGANCHASE | Aug 27 2026 05:29:00 | JPMCB Card Services (Chase), PO Box 15369, Wilmington, DE 19850-5369 |
| 12987093 | + | Email/PDF: resurgentbknotifications@resurgent.com | Aug 27 2026 02:14:16 | LVNV Funding LLC, c/o Resurgent Capital Services, PO Box 1269, Greenville, SC 29602-1269 |
| 12987095 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Aug 27 2026 02:13:54 | Merrick Bank, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 12987096 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Aug 27 2026 02:10:00 | Nelnet / U.S. Dept. of Education, PO Box 82561, Lincoln, NE 68501-2561 |
| 12987097 | + | EDI: SYNC | | |

| | | | | |
|---|---|---|---|---|
| | | | Aug 27 2026 05:29:00 | PayPal Credit / Synchrony Bank, PO Box 965060, Orlando, FL 32896-5060 |
| 12987091 | | Email/Text: bankruptcy@enbridge.com | Aug 27 2026 02:09:00 | Enbridge Gas Utah, PO Box 45841, Salt Lake City, UT 84139 |
| 12987099 | + | EDI: SYNC | Aug 27 2026 05:29:00 | Synchrony Bank, PO Box 965060, Orlando, FL 32896-5060 |
| 12987100 | + | Email/Text: UpStart@ebn.phinsolutions.com | Aug 27 2026 02:10:00 | Upstart Network, Inc., PO Box 1503, San Carlos, CA 94070-7503 |

TOTAL: 18

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 28, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 17, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| J. Kevin Bird tr | Kevin@BirdLawUT.com kbtrustee@aol.com;jkb@trustesolutions.net |
| United States Trustee | USTPRegion19.SK.ECF@usdoj.gov |

TOTAL: 2