Certificate Number: 14912-UT-DE-041561692

Bankruptcy Case Number: 26-25024

14912-UT-DE-041561692

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 14, 2026, at 11:43 o'clock PM EDT, Alyn Grey completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of Utah.

Date: October 14, 2026

By: /s/Jai Bhatt

Name: Jai Bhatt

Title: Counselor